UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. KARMOL,

    Plaintiff,

v.                                                 Case No. 1:17-cv-977
                                                     Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

        In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: March 26, 2019                               /s/ Ray Kent
                                                               United States Magistrate Judge